Raymond L. Ferrone, pro se.

---

THE STATE OF OHIO, APPELLEE, v. HAVEN, APPELLANT.

[Cite as State v. Haven, 105 Ohio St.3d 418, 2005-Ohio-2286.]

(Nos. 2004–1073 and 2004–1074—Submitted April 13, 2005—Decided May 25, 2005.)

{¶ 1} The Court of Appeals for Wayne County certified the following question to this court: "Can an offender be convicted of a sexually violent predator specification without there being a separate, prior conviction for a sexually violent offense?"

{¶ 2} On the authority of *State v. Smith,* 104 Ohio St.3d 106, 2004-Ohio-6238, 818 N.E.2d 283, we answer the certified question in the negative. Therefore, the judgment of the court of appeals is reversed to the extent it is inconsistent with *State v. Smith,* appellant's sexually-violent-predator specification conviction and sentence are vacated, and the cause is remanded to the trial court for resentencing consistent with *State v. Smith.*

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

O'DONNELL, J., dissents.

David H. Bodiker, Ohio Public Defender, and Craig M. Jaquith, Assistant State Public Defender, for appellant.